| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 3:03CR140-006/RV |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* 1:09CR 35 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Denise Killerlane Winkler Western District of North Carolina | DISTRICT Florida Northern | DIVISION Pensacola |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Roger Vinson, Senior U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 01/05/07 — TO 01/04/11 |

OFFENSE

Conspiracy to Distribute and Possess with Intent to Distribute 5 Kilograms or More of a Mixture and Substance Containing Cocaine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii) and 846.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Western District of North Carolina upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

3/25/09
Date

*[signature]*
Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

4-3-09
Effective Date

*[signature]*
United States District Judge

2009 APR 13 AM 11:00

FILED

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF NORTH CAROLINA
309 U.S. Courthouse Building.
100 Otis St.
Asheville, NC 28801

Frank G. Johns
*Clerk*

Telephone - (828) 771-7200
FAX -      (828) 271-4343

**Rebecca Ponder**
*Deputy In charge*

April 9, 2009


Bill McCool
Clerk, U.S. District Court
United States Courthouse
1 North Palafox St.
Pensacola, Florida 32502

      In Re: Transfer of Jurisdiction - Denise Killerlane Winkler
          Your case number 3:03cr140-6/RV
          Our case number 1:09cr35

Dear Mr. McCool,

Enclosed please find a transfer of jurisdiction order in the above referenced case.

Sincerely,

FRANK G. JOHNS, CLERK

By: *[signature]*
Nancy Laughlin
Deputy Clerk
Nancy_Laughlin@ncwd.uscourts.gov